# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-380-FDW

| | |
|---|---|
| JORGE GALEAS-MENCHU, JR., a/k/a JORGE GEVARA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JORGE GEVARA, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's submission of a "NON NEGOTIABLE MONEY ORDER," (Doc. No. 2-1 at 1), that he filed in response to the Clerk of Court's July 12, 2018, Notice of Deficiency informing him that he must pay the $400 filing fee or file an application to proceed *in forma pauperis*.

The "NON NEGOTIABLE MONEY ORDER" that Plaintiff has filed is handwritten and obviously counterfeit. It does not satisfy the Court's fee requirement and may constitute a violation of criminal law. See generally 18 U.S.C. § 470 *et seq*.

Plaintiff shall, within 10 days of this Order, pay the entire $400 filing fee or file an application to proceed *in forma paupers*. Failure to do so will result in this case's dismissal without any further notice to Plaintiff.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file an application to proceed *in forma pauperis* or pay the $400 filing fee within 10 days of this Order. Failure to do so will result in this case's dismissal.

2. The Clerk of Court is instructed to mail Plaintiff an application to proceed *in forma*

1

*pauperis* and a copy of this Order.

Signed: July 27, 2018

Frank D. Whitney
Chief United States District Judge