UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-380-FDW

| | |
|---|---|
| JORGE GALEAS-MENCHU, JR., )<br>a/k/a JORGE GEVARA, )<br>  )<br>Plaintiff, )<br>  )<br>vs. )<br>  )<br>JORGE GEVARA, et al., )<br>  )<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on its July 30, 2018, Order requiring Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis*. (Doc. No. 5). The Court warned Plaintiff that failing to do so within 10 days would result in this case's dismissal without prejudice. (Id.). Rather than complying with the Court's Order, Plaintiff has filed a rambling letter alleging, *inter alia*, that the Court is in violation of federal income tax laws. This action will be dismissed without prejudice for failing to comply with a Court Order.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to comply with this Court's order dated July 30, 2018.

(2) The Clerk of this Court is directed to terminate this action.

Signed: August 14, 2018

*Frank D. Whitney* (signature)

Frank D. Whitney
Chief United States District Judge

1