# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jorge Galeas-Menchu Jr**,** ) | JUDGMENT IN CASE |
| ) | |
| Plaintiff(s), ) | 3:18-cv-00380-FDW |
| ) | |
| vs. ) | |
| ) | |
| North Carolina Department of ) | |
| Corrections et al**,** | |
| Defendant(s). ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2018 Order.

August 15, 2018

_(signature)_

Frank G. Johns, Clerk
United States District Court